EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Marisol Ramos Fernández | 2018 TSPR 8<br><br>199 DPR ____ |

Número del Caso: TS-11,910

Fecha:  19 de enero de 2018

Abogada de la parte peticionaria:

  Por derecho propio

Materia:Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Marisol Ramos Fernández

Núm. 11,910

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de enero de 2018.

Examinada la *Moción en Cumplimiento de Orden* presentada por la Sra. Marisol Ramos Fernández, el Tribunal se da por enterado del cumplimiento de nuestra Sentencia de 17 de junio de 2016.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo